# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

March 12, 2013

No. 12-30647

Lyle W. Cayce
Clerk

SMOOTHIE KING FRANCHISES, INCORPORATED,

Plaintiff - Appellee

v.

SOUTHSIDE SMOOTHIE & NUTRITION CENTER, INCORPORATED;
DAVID J. GREGORY,

Defendants - Appellants

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:11-CV-2002

Before JOLLY, GARZA, and OWEN, Circuit Judges.

PER CURIAM:[*]

AFFIRMED.  *See* 5TH CIR. R. 47.6.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.